Approved.



*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **CARRIE SANTTI,** | ) | CASE NOS. 4:17-cv-1243 |
| **LYNDSEY NEAL, and** | ) | 3:17-cv-1614 |
| **CHRISTEN RAISOR,** *et al.,* **individually,** | ) | 3:18-cv-314 |
| **on behalf of themselves and others similarly** | ) | |
| **situated,** | ) | JUDGE JACK ZOUHARY |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MENARD, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STATUS REPORT

The Parties hereby jointly provide a status report to the Court related to the final disposition of the settlement in the above actions.

The Court approved the Parties' Joint Motion for Approval of the Amendment to the Stipulation of Class/Collective Action Settlement (Doc. #81) on July 8, 2021 (*See* Doc. #82.) ("Amendment"). Pursuant to the Amendment, the third-party administrator, Rust Consulting, Inc. re-issued certain unclaimed settlement checks to class members who had either not received or not cashed their original settlement checks. After such re-issuance was completed, any remaining unclaimed funds were to be returned by Rust Consulting directly to Defendant.

Based upon the information provided by Rust Consulting, at the time of the Amendment, $556,325.07 of the original settlement fund remained unclaimed. The re-issuance of the checks resulted in an additional distribution of $148,230.19 to class members. The administration costs

incurred by Rust Consulting were $22,787.47. As a result, the unclaimed funds amount of $385,307.41 was returned to Defendant.

As of March 11, 2022, all actions required by the Amendment, including the return of unclaimed funds to Defendant, have been completed.

The Parties appreciate the Court's efforts and patience in order to allow them to fully execute the settlement terms outlined in the Amendment.

Respectfully submitted,

| | |
|---|---|
| */s/ Hans A. Nilges (per e-mail authority)* | */s/ Paul L. Bittner* |
| Hans A. Nilges (0076017) | Paul L. Bittner (0061674) |
| Shannon M. Draher (0074304) | James E. Davidson (0024534) |
| **Nilges Draher LLC** | **ICE MILLER LLP** |
| 7266 Portage Street, N.W., Suite D | 250 West Street |
| Massillon, OH 44646 | Columbus, Ohio 43215 |
| Telephone: 330.470.4428 | Telephone: 614-462-2700 |
| Facsimile: 330.754.1430 | Facsimile: 614-462-5135 |
| E-Mail: sdraher@ohlaborlaw.com | Email: james.davidson@icemiller.com |
|          hans@ohlaborlaw.com |          paul.bittner@icemiller.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 21, 2022, I electronically filed the foregoing pursuant to the Court's CM/ECF system, which will send notification of such filing to counsel for the parties.

*/s/ Paul L. Bittner*

2